Certificate Number: 17082-MSN-DE-039660778

Bankruptcy Case Number: 25-10272



17082-MSN-DE-039660778

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 13, 2025, at 7:51 o'clock AM MST, TAVARRAS DAVIS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   May 14, 2025                By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director